**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| RANDAL MCKISSICK,<br><br>        Petitioner,<br><br>    v.<br><br>J. GASTELO, Warden CMC,<br><br>        Respondent. | NO. CV 17-2986-SJO (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 19, 2018.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE